SCOTT E. ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**CHRISTOPHER CARDANI, MASB #550609**
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:    503-727-1116
Attorneys for the United States

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**IN THE MATTER OF $101,013.00 IN U.S. CURRENCY,**<br>*in rem*,<br><br>        **Defendant.** | Misc. No. 6:21-mc-754<br><br>**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Jay W. Frank, attorney for Claimant Aidan Malik Bailey who concurs with this extension.

On April 12, 2021, Aidan Malik Bailey filed a claim in a non-judicial civil forfeiture proceeding by the Drug Enforcement Administration to $101,013 in U.S. currency seized from him on or about January 22, 2021.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Aidan Malik Bailey agree to extend the time in which the United States will file a Complaint for Forfeiture against the $101,013 in U.S. Currency or to obtain an Indictment alleging that the $101,013 in U.S. Currency

**Unopposed Motion to Extend 90-Day Period**                                                                                          **Page 1**

is subject to forfeiture. Aidan Malik Bailey agrees that the deadline by which the United States shall be required to file a Complaint for Forfeiture against the property and/or to obtain an Indictment alleging that the property is subject to forfeiture shall be extended to October 9, 2021.

Aidan Malik Bailey agrees that until the United States files a Complaint for Forfeiture against the $101,013 in U.S. Currency and/or obtains an Indictment alleging that the $101,013 in U.S. Currency is subject to forfeiture, or until October 9, 2021, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States, and Aidan Malik Bailey shall not seek its return for any reason in any manner.

Respectfully submitted this 1st day of July, 2021.

                                        SCOTT E. ASPHAUG
                                        Acting United States Attorney


                                        */s/ Christopher Cardani*
                                        CHRISTOPHER CARDANI
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing MOTION TO EXTEND 90-DAY PERIOD and a proposed ORDER on the party herein by causing to be deposited in the United States mail at Portland, Oregon, on July 1, 2021, true copies thereof in an envelope with postage thereon prepaid, addressed to:

Jay W. Frank
Moule & Frank
259 East 5th Ave.
Eugene, OR 97401

  Attorney for Defendant Aidan Malik Bailey

*/s/ Lea Achim*
LEA ACHIM
Paralegal